## INTERCOLLEGIATE BROADCASTING SYSTEM, INC., Appellant

v.

## COPYRIGHT ROYALTY BOARD and David S. Mao, Librarian of Congress, Appellees

No. 16-1198

September Term, 2016

United States Court of Appeals, District of Columbia Circuit.

Filed: 12/29/2016

**LOC-81FR31506**

William R. Malone, Esquire, Law Office of William R. Malone, New Canaan, CT, for Appellant.

Sushma Soni, Mark Reiling Freeman, Attorneys, U.S. Department of Justice (DOJ), Civil Division, Appellate Staff, Washington, DC, for Appellees.

### ORDER

Upon consideration of appellant's consent motion for voluntary dismissal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith.